**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Preterm-Cleveland, et al.** | : | **Case No.  1:19-cv-360** |
| | : | |
| **Plaintiff,** | : | **Judge: Michael R. Barrett** |
| **v.** | : | |
| | : | |
| **David Yost, et al.** | : | **NOTICE OF APPEARANCE** |
| | : | |
| **Defendants.** | : | |
| | : | |

Plaintiffs give notice that Jennifer L. Branch enters her appearance as attorney for the

Plaintiffs Planned Parenthood Southwest Ohio Region, Sharon Liner, M.D., Planned Parenthood

of Greater Ohio, Women's Med Group Professional Corporation and Capital Care Network of

Toledo in this action.

> Respectfully submitted,
> s/ Jennifer L. Branch
> Jennifer L. Branch (0038893)
> Attorney for Plaintiff
> Gerhardstein & Branch Co. LPA
> 441 Vine St., Suite 3400
> Cincinnati, Ohio 45202
> Tel (513) 621-9100
> Fax (513) 345-5543
> jbranch@gbfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2019 a copy of the foregoing pleading was filed

electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an

appearance by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice

of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has

not yet entered an appearance electronically.

s/ Jennifer L. Branch
Attorney for Plaintiff
