United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Black and Judge Barrett

FROM: Jennifer Webster, Case Administrator

DATE: 5/15/2019

SUBJECT: Case Caption: Preterm-Cleveland et al v. Ohio Attorney General et al

CASE: Case Number: 1:19-cv-360

DISTRICT JUDGE: Judge Michael R. Barrett

File Date: 5/15/2019

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Preterm-Cleveland et al v. Himes et al

Case Number: **1:18-cv-109**     District Judge:

File Date: **2/15/2018**     Magistrate Judge:


**Related Case(s):**

Case Caption:

Case Number:     District Judge:

File Date:     Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator _____
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☒ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

s/Michael R. Barrett
United States District Judge

s/Timothy S. Black
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*