**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **PRETERM-CLEVELAND**, ET AL. | * | Case No. 1:19-CV-360 |
| Plaintiffs | * | **NOTICE OF APPEARANCE OF COUNSEL FOR JULIA R. BATES-LUCAS COUNTY** |
| | * | **PROSECUTING ATTORNEY** |
| vs. | * | |
| **DAVID YOST, ET AL.** | * | |
| | | John A. Borell(0016461) |
| Defendants | * | Kevin A. Pituch(0040167) |
| | | Assistant Prosecuting Attorneys |
| | * | Lucas County Courthouse |
| | | Suite 250 |
| | * | Toledo, Ohio 43624 |
| | | Phone: (419) 213-2001 |
| | * | Fax: (419) 213-2011 |
| | | E-mail: JABorell@co.lucas.oh.us |
| | * | Counsel for Julia R. Bates-Lucas County Prosecuting Attorney |

_____

Now come John A. Borell and Kevin A. Pituch, Assistant Lucas County Prosecuting Attorneys, hereby enter their appearance in this case on behalf of the Defendant Julia R. Bates-Lucas County Prosecuting Attorney

Respectfully submitted,

**JULIA R. BATES
LUCAS COUNTY PROSECUTING ATTORNEY**

BY:     /s/ John A. Borell
            John A. Borell
            Kevin A. Pituch
            Assistant Prosecuting Attorneys
            Counsel for Lucas County Prosecuting Attorney

**CERTIFICATION**

      A copy of the foregoing Notice was sent by the Court's electronic filing system to all attorneys of record on June 2, 2019.

           /s/ John A. Borell
      Assistant Prosecuting Attorney
      Attorney for Defendant Lucas County
      Prosecuting Attorney