AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Preterm-Cleveland, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:19cv360 |
| David Yost, Attorney General of Ohio, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hamilton County Prosecutor

Date:   06/13/2019

/s/ James J. Barbiere
*Attorney's signature*

James J. Barbiere 0096967
*Printed name and bar number*

Hamilton County Prosecutor's Office
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
*Address*

Jim.Barbiere@hcpros.org
*E-mail address*

(513) 946-3115
*Telephone number*

(513) 946-3018
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019 I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ James J. Barbiere*
James J. Barbiere (0096967)