UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PRETERM-CLEVELAND, INC., *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | Case No. 1:19-cv-00360 |
| v. | : | |
| | : | |
| DAVID YOST, *et al.*, | : | Judge Barrett |
| | : | |
| **Defendants.** | : | |

**PLAINTIFFS' AMENDED NOTICE OF SUPPLEMENTAL AUTHORITY**

On March 31, 2020, Plaintiffs submitted Plaintiffs' Notice of Supplemental Authority (Doc. 47), notifying this Court of two recent developments in similar cases since Plaintiffs' prior briefing. Plaintiffs now submit this Amended Notice of Supplemental Authority to inform the Court of a subsequent development in *Planned Parenthood Center for Choice v. Abbott*:

- In *Planned Parenthood Center for Choice v. Abbott*, No. 1:20-cv-00323-LY (W.D. Tex. Mar. 30, 2020) (attached hereto as Ex. A), abortion providers in Texas faced enforcement of an Executive Order issued in response to the present crisis to ban abortion procedures. The Western District of Texas entered a temporary restraining order, finding that the plaintiffs had "established a substantial likelihood of success on the merits of their claim that the Executive Order, as interpreted by the attorney general, violates Plaintiffs' patients' Fourteenth Amendment rights, which derive from the Bill of Rights, by effectively banning abortions before viability." Slip. op. at 5. As the court observed, "The Due Process Clause of the Fourteenth Amendment to the United States Constitution protects a woman's right to choose abortion, *Roe v. Wade*, 410 U.S. 113, 153–54 (1973), and before fetal viability outside the womb, a state has *no interest* sufficient to justify an outright ban on abortions. *Roe*, 410 U.S. at 163–65." *Id.* (emphasis in original) (citations omitted). On March 31,

2020, the U.S. Court of Appeals for the Fifth Circuit granted an administrative stay, pending further briefing, "to allow th[e] court sufficient time to consider petitioners' emergency motion for stay and petition for writ of mandamus."

- In *Robinson v. Marshall*, No. 2:19cv365-MHT (M.D. Ala. Mar. 30, 2020) (attached as Ex. B), abortion providers in Alabama faced enforcement of the State Health Officer's order issued in response to the present crisis to ban abortion procedures. The Middle District of Alabama entered a temporary restraining order, finding that the order "implements a blanket postponement of *all* abortions" and because of the state's legal limit, the "order is likely to fully prevent some women from exercising their right to obtain an abortion." Slip op. at 6 (emphasis in original).

Dated: April 1, 2020

                Respectfully Submitted,

                /s/ B. Jessie Hill
                B. Jessie Hill #0074770
                *Trial Attorney for Plaintiffs*
                Cooperating Counsel for the American Civil Liberties Union of Ohio Foundation
                American Civil Liberties Union of Ohio
                4506 Chester Ave.
                Cleveland, OH 44103
                (216) 368-0553
                (216) 368-2086 (fax)
                bjh11@cwru.edu
                *Counsel for Plaintiff Preterm-Cleveland*

                Elizabeth Watson*
                Rachel Reeves*
                Brigitte Amiri*
                American Civil Liberties Union Foundation
                125 Broad Street, 18th Floor

New York, NY 10004
(212) 549-2633
(212) 549-2650 (fax)
ewatson@aclu.org
rreeves@aclu.org
bamiri@aclu.org
*Counsel for Plaintiff Preterm-Cleveland*

Carrie Y. Flaxman*
Richard Muniz*
Planned Parenthood Federation of America
1110 Vermont Ave NW, Suite 300
Washington, DC 20005
(202) 973-4800
(202) 296-3480 (fax)
richard.muniz@ppfa.org
julie.murray@ppfa.org
*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, and Sharon Liner, M.D.*

Hana Bajramovic**
Planned Parenthood Federation of America
123 William Street, Floor 9
New York, NY 10038
(212) 541-7800
(212) 247-6811 (fax)
hana.bajramovic@ppfa.org
*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, and Sharon Liner, M.D*

Jennifer L. Branch # 0038893
Alphonse A. Gerhardstein # 0032053
Gerhardstein & Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, OH 45202
(513) 621-9100
(513) 345-5543 (fax)
jbranch@gbfirm.com

3

agerhardstein@gbfirm.com
*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Sharon Liner, M.D., Women's Med Group Professional Corporation and Capital Care Network of Toledo*

Freda J. Levenson #0045916
American Civil Liberties Union of Ohio Foundation
4506 Chester Avenue
Cleveland, OH 44103
(614) 586-1972 x 125
(216) 472-2210 (fax)
flevenson@acluohio.org
*Counsel for Plaintiff Preterm-Cleveland*

\* *Admitted pro hac vice*
\*\* *Pro hac vice forthcoming*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 1, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties have access to this filing through the Court's system. I further certify that a copy of the foregoing pleading and Notice of Electronic Filing has been served by ordinary U.S. mail and email upon all parties for whom counsel has not yet entered an appearance.

                                             /s/ B. Jessie Hill
                                             Trial Attorney for Plaintiffs