IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PRETERM-CLEVELAND, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:19-cv-00360 |
| | : | |
| v. | : | |
| | : | Judge Michael R. Barrett |
| ATTORNEY GENERAL OF OHIO, et al., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' NOTICE OF APPEAL AND REQUEST FOR STAY

Defendants, Ohio Attorney General Dave Yost, Ohio Department of Health, and the State Medical Board of Ohio in the above-captioned action hereby gives notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the Temporary Restraining Order [Doc. 43] entered by the Court on March 30, 2020.  Further, Defendants respectfully request that the Court issue a stay of its March 30, 2020 Order pending appeal pursuant to Fed. R. App. P. 8(1)(A).

This appeal is taken under 28 U.S.C. § 1292.

Respectfully submitted this 1st day of April, 2020.

                                                              Respectfully Submitted,

                                                              DAVE YOST
                                                              Ohio Attorney General

                                                              */s/ Heather L. Buchanan*
                                                              HEATHER L. BUCHANAN (0083032)
                                                             BRIDGET C. COONTZ (0072919)
                                                             MICHAEL A. WALTON (0092201)
                                                             Assistant Attorneys General

Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
heather.buchanan@ohioattorneygeneral.gov
bridget.coontz@ohioattorneygeneral.gov
michael.walton@ohioattorneygeneral.gov

*Counsel for Defendants Ohio Department of Health, State Medical Board of Ohio, and Ohio Attorney General Dave Yost*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Heather L. Buchanan*
HEATHER L. BUCHANAN (0083032)
Assistant Attorney General