**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Preterm-Cleveland, et al., | : | |
| Plaintiffs, | : | Case No. 1:19-cv-00360 |
| vs. | : | Judge Michael R. Barrett |
| Attorney General of Ohio, et al., | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Amici's Motion for Leave to File an Amici Curiae brief in support of Ohio. (Doc. 44). Amici attached their proposed brief to their Motion. (Doc. 44-1). For good cause shown, it is hereby **ORDERED** that the Motion (Doc. 44) is **GRANTED**. The parties, if they wish to respond, must file any responses on or before April 8, 2020.

**IT IS SO ORDERED.**

_s/ Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court