**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Preterm-Cleveland, et al., | : | |
| Plaintiffs, | : | Case No. 1:19-cv-00360 |
| vs. | : | Judge Michael R. Barrett |
| Attorney General of Ohio, et al., | : | |
| Defendants. | : | |

## TEMPORARY RESTRAINING ORDER

This matter is before the Court on the March 30, 2020 Temporary Restraining Order that is set to expire on April 13, 2020 unless dissolved earlier or extended by the Court. (Doc. 43).

The State Defendants have timely filed their Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction (Doc. 59) and, per the briefing scheduled agreed to by the parties, Plaintiffs' Reply is due on April 15, 2020 (Apr. 1, 2020 Minute Entry). In light of the agreed upon briefing schedule, the Court finds that good cause exists to extend the Temporary Restraining Order, which is necessary to preserve the status quo until the Court rules on the pending Motion for Preliminary Injunction. *See* Fed. R. Civ. P. 65(b)(2). Accordingly, Defendant; Defendant's officers, agents, servants, employees, and attorneys; and those persons in active concert or participation with them who receive actual notice of the order remain **TEMPORARILY RESTRAINED** from enforcing the Director's Order against Plaintiffs as described in the March 30, 2020 Temporary

Restraining Order. This Order is effective upon entry and expires fourteen (14) days thereafter unless dissolved earlier or extended by the Court.

Finally, per the Court's instructions at the April 1, 2020 telephonic conference and the parties' failure to do so as of the date of this Order, the parties are to apprise the Court regarding their position on oral argument for Plaintiffs' Motion for a Preliminary Injunction. (Apr. 1, 2020 Minute Entry).

**IT IS SO ORDERED.**

    _s/ Michael R. Barrett_____
    Michael R. Barrett, Judge
    United States District Court