# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **PRETERM-CLEVELAND, INC.,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | Case No. 1:19-cv-00360 |
| v. | : | |
| | : | |
| **DAVID YOST,** *et al.*, | : | Judge Barrett |
| | : | |
| **Defendants.** | : | |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request fifteen minutes to argue Plaintiff's pending motion for preliminary injunction (Doc. 40). Plaintiffs request oral argument because it is essential that Plaintiffs have an opportunity to address the complex legal arguments, clarify the scope of the relief requested, and answer any questions the Court may have. Plaintiffs are requesting oral argument by telephone. In the alternative, pursuant to Local Rule 7.1. (b)(2), Plaintiffs request a conference call.

Respectfully Submitted,

/s/ Jennifer L. Branch
Jennifer L. Branch # 0038893
Alphonse A. Gerhardstein # 0032053
Gerhardstein & Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, OH 45202
(513) 621-9100
(513) 345-5543 (fax)
jbranch@gbfirm.com
agerhardstein@gbfirm.com
*Counsel for Plaintiffs Planned Parenthood*
*Southwest Ohio Region, Planned*
*Parenthood of Greater Ohio, Sharon Liner,*

*M.D., Women's Med Group Professional Corporation and Capital Care Network of Toledo*

B. Jessie Hill #0074770
*Trial Attorney for Plaintiffs*
Cooperating Counsel for the American Civil Liberties Union of Ohio Foundation
American Civil Liberties Union of Ohio
4506 Chester Ave.
Cleveland, OH 44103
(216) 368-0553
(216) 368-2086 (fax)
bjh11@cwru.edu
*Counsel for Plaintiff Preterm-Cleveland*

Elizabeth Watson*
Rachel Reeves*
Brigitte Amiri*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
(212) 549-2650 (fax)
ewatson@aclu.org
rreeves@aclu.org
bamiri@aclu.org
*Counsel for Plaintiff Preterm-Cleveland*

Carrie Y. Flaxman*
Richard Muniz*
Planned Parenthood Federation of America
1110 Vermont Ave NW, Suite 300
Washington, DC 20005
(202) 973-4800
(202) 296-3480 (fax)
richard.muniz@ppfa.org
julie.murray@ppfa.org
*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood*

2

*of Greater Ohio, and Sharon Liner, M.D.*

Hana Bajramovic**
Planned Parenthood Federation of America
123 William Street, Floor 9
New York, NY 10038
(212) 541-7800
(212) 247-6811 (fax)
hana.bajramovic@ppfa.org
*Counsel for Plaintiffs Planned Parenthood*
*Southwest Ohio Region, Planned Parenthood*
*of Greater Ohio, and Sharon Liner, M.D*

Freda J. Levenson #0045916
American Civil Liberties Union of Ohio
Foundation
4506 Chester Avenue
Cleveland, OH 44103
(614) 586-1972 x 125
(216) 472-2210 (fax)
flevenson@acluohio.org
*Counsel for Plaintiff Preterm-Cleveland*

*\* Admitted pro hac vice*
*\*\* Pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties have access to this filing through the Court's system.

/s/ Jennifer L. Branch
Attorney for Plaintiffs