**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Preterm-Cleveland, et al., | |
| Plaintiffs, | Case No. 1:19-cv-00360 |
| vs. | Judge Michael R. Barrett |
| Attorney General of Ohio, et al., | |
| Defendants. | |

## ORDER

This matter is before the Court on Amici Curiae's unopposed Motion for Leave to File an Amicus Curiae brief in support of Plaintiffs. (Doc. 70). Amici attached their proposed brief to their Motion. *Id.* For good cause shown, it is hereby **ORDERED** that the Motion (Doc. 70) is **GRANTED**. Amici must file their brief within three (3) days of the date of this Order.

**IT IS SO ORDERED.**

_/s Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court