## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Preterm-Cleveland, et al., | : |
| Plaintiffs, | : Case No. 1:19-cv-00360 |
| vs. | : Judge Michael R. Barrett |
| Attorney General of Ohio, et al., | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Plaintiffs' Request for Oral Argument regarding their Motion for a Preliminary Injunction. (Doc. 65). The State Defendants oppose Plaintiffs' Request. (Doc. 67). The Court agrees with the State Defendants that oral argument is not necessary in this case. (*Id.*, PageID 1203). Accordingly, it is hereby **ORDERED** that Plaintiffs' Request for Oral Argument (Doc. 65) is **DENIED**.

**IT IS SO ORDERED.**

_/s Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court