UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PRETERM-CLEVELAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATTORNEY GENERAL OF OHIO, *et al.*, <br><br> Defendants. | Case No.: 1:19-cv-00360 <br><br> Judge Michael R. Barrett |

## PLAINTIFFS' MOTION FOR SCHEDULING ORDER

Plaintiffs in the above-referenced matter respectfully move the Court to set a schedule for the orderly proceeding of this matter following the United States Supreme Court's forthcoming decision in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, *argued* Dec. 1, 2021 ("*Jackson Women's Health*").

As this Court is aware, the above-captioned matter is stayed pursuant to the Court's March 3, 2021 Order.  *See* Dkt. No. 90.  The decision in *Jackson Women's Health* is expected to be a significant opinion, and therefore careful review and assessment will be necessary to determine its bearing on the pending litigation.  Plaintiffs believe that establishing a schedule to facilitate discussions between the Plaintiffs and Defendants (the "Parties"), allowing the Parties to submit letters laying out their respective positions, and setting a status conference, while the above-captioned action remains stayed, will allow the Parties and this Court time to review the decision and decide how best to proceed in light of any new legal issues, thus facilitating judicial economy.

A draft scheduling order is attached hereto.  Plaintiffs reached out by email to counsel for Defendants on May 17, 2022, but they have not responded to undersigned counsel.

Dated: May 23, 2022

Respectfully submitted,

/s/ B. Jessie Hill

| | |
|---|---|
| Carrie Y. Flaxman* | B. Jessie Hill #0074770 |
| Planned Parenthood Federation of America | Trial Attorney for Plaintiffs |
| 1110 Vermont Ave NW, Suite 300 | Cooperating Counsel for the American Civil |
| Washington, DC 20005 | Liberties Union of Ohio Foundation |
| (202) 973-4800 | American Civil Liberties Union of Ohio |
| (202) 296-3480 (fax) | 4506 Chester Ave. |
| carrie.flaxman@ppfa.org | Cleveland, OH 44103 |
| | (216) 368-0553 |
| Melissa Cohen* | (216) 368-2086 (fax) |
| Planned Parenthood Federation of America | bjh11@cwru.edu |
| 123 William Street, Floor 9 | |
| New York, NY 10038 | *Counsel for Plaintiffs Preterm-Cleveland and* |
| (212) 541-7800 | *Northeast Ohio Women's Center* |
| (212) 247-6811 (fax) | |
| melissa.cohen@ppfa.org | Freda J. Levenson #0045916 |
| | American Civil Liberties Union of Ohio |
| *Counsel for Plaintiffs* | Foundation |
| *Planned Parenthood Southwest Ohio Region,* | 4506 Chester Avenue |
| *Planned Parenthood of Greater Ohio,* | Cleveland, OH 44103 |
| *and Sharon Liner, M.D* | (614) 586-1972 x 125 |
| | flevenson@acluohio.org |

*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Sharon Liner, M.D., Women's Med Group Professional Corporation*

Elizabeth Watson*
Rachel Reeves*
Brigitte Amiri*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
(212) 549-2650 (fax)
ewatson@aclu.org
rreeves@aclu.org
bamiri@aclu.org

*Counsel for Plaintiffs Preterm-Cleveland and Northeast Ohio Women's Center*

*Counsel admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties have access to this filing through the Court's system.

/s/ B. Jessie Hill
Trial Attorney for Plaintiffs
