# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PRETERM-CLEVELAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATTORNEY GENERAL OF OHIO, *et al.*, <br><br> Defendants. | Case No.: 1:19-cv-00360 <br><br> Judge Michael R. Barrett |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiffs in the above-referenced matter, by and through their undersigned counsel, respectfully withdraw their Motion for Judgment on the Pleadings (Dkt. No. 31) filed on August 20, 2019.

Respectfully submitted,

/s/ *B. Jessie Hill*
B. Jessie Hill #0074770
Trial Attorney for Plaintiffs
Cooperating Counsel for the American Civil
Liberties Union of Ohio Foundation
American Civil Liberties Union of Ohio
4506 Chester Ave.
Cleveland, OH 44103
(216) 368-0553
(216) 368-2086 (fax)
bjh11@cwru.edu

*Counsel for Plaintiffs Preterm-Cleveland and Northeast Ohio Women's Center*

Freda J. Levenson #0045916
American Civil Liberties Union of Ohio
Foundation

Carrie Y. Flaxman*
Planned Parenthood Federation of America
1110 Vermont Ave NW, Suite 300
Washington, DC 20005
(202) 973-4800
(202) 296-3480 (fax)
carrie.flaxman@ppfa.org

Melissa Cohen*
Planned Parenthood Federation of America
123 William Street, Floor 9
New York, NY 10038
(212) 541-7800
(212) 247-6811 (fax)
melissa.cohen@ppfa.org

*Counsel for Plaintiffs*

| | |
|---|---|
| *Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, and Sharon Liner, M.D* | 4506 Chester Avenue<br>Cleveland, OH 44103<br>(614) 586-1972 x 125<br>flevenson@acluohio.org<br><br>*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Sharon Liner, M.D., Women's Med Group Professional Corporation*<br><br>Rachel Reeves*<br>Brigitte Amiri*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2633<br>(212) 549-2650 (fax)<br>rreeves@aclu.org<br>bamiri@aclu.org<br><br>*Counsel for Plaintiffs Preterm-Cleveland and Northeast Ohio Women's Center* |

*Counsel admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Withdrawal of Motion for Judgment on the Pleadings (Dkt. No. 31) with the Clerk of Courts using the Court's authorized CM/ECF filing system on the 24th day of June, 2022, and notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

/s/ *B. Jessie Hill*
B. Jessie Hill (0074770)