UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Preterm-Cleveland, et al., | : |
| Plaintiffs, | : Case No. 1:19-cv-00360 |
| vs. | : Judge Michael R. Barrett |
| Attorney General of Ohio, et al., | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion for Voluntary Dismissal Without Prejudice. (Doc. 101) (citing *Dobbs v. Jackson Women's Health Org.*, No. 19-1392, --- S. Ct. ---, 2022 WL 2276808 (June 24, 2022)).[1] For the reasons stated in Plaintiffs' motion, it is hereby **ORDERED** that Plaintiffs' Motion for Voluntary Dismissal (Doc. 101) is **GRANTED**, and this matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**         _/s Michael R. Barrett_____
                              Michael R. Barrett, Judge
                              United States District Court

---

[1] *Dobbs* held "that the Constitution does not confer a right to abortion . . . and the authority to regulate abortion must be returned to the people and their elected representatives." No. 19-1392, --- S. Ct. ---, 2022 WL 2276808 at *38. Defendant Attorney General of Ohio Dave Yost asserts that the law at issue in this case—Senate Bill 23, also known as the Heartbeat Protection Act—"rationally promotes the State's legitimate interest in 'protecting the life of the unborn.'" (Doc. 96 PageID 1613) (quoting *Dobbs*, No. 19-1392, --- S. Ct. ---, 2022 WL 2276808 at *42).

Ohio's asserted legitimate interest in protecting the life of the unborn would seem to implicate a correlative legitimate interest in protecting the lives of the living, both mother and child. This Court thus eagerly awaits the sure-to-follow robust economic state legislation that provides for, *inter alia*, affordable and comprehensive pre- and post-natal healthcare; paid sick and parental leave; support for mental healthcare; support for childcare; public education from kindergarten through high school; and the badly needed remake of and funding for Ohio's Foster, Adoption, and Kinship Care program, including the direct provision of appropriate monetary assistance to both licensed foster caregivers and unlicensed relative foster caregivers.